IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
JAN 1 7 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO. 08-272-m |
| | ) | |
| ALFONSO NORIEGA | ) | |

## GOVERNMENT'S MOTION TO DETAIN DEFENDANT WITHOUT BOND AND MOTION FOR CONTINUANCE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant was arrested with approximately 47.75 pounds of marijuana.

2. The Defendant resides in Mexico, and, as such, presents a high risk of fleeing to avoid prosecution on this charge.

3. There are no conditions or combination of conditions which will reasonably assure the safety of the community should Defendant be released on bond.

4. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

January 16, 2008

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

                                  Respectfully submitted,

                                  JOHNNY SUTTON
                                  UNITED STATES ATTORNEY

BY:       _____
                           JANET M. BONNER
                           Assistant U.S. Attorney
                           Texas Bar # 09174550
                           700 E. San Antonio, Suite 200
                           El Paso, Texas 79901
                           (915) 534-6884

January 16, 2008